PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP
Michael L. Amaro, Esq. (Bar No. 109514)
Sanaz Cherazaie, Esq. (Bar No. 273944)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
mamaro@prindlelaw.com
scherazaie@prindlelaw.com
FLIB0049
Attorneys for Defendants,
STANDARD CONSTRUCTION COMPANY
OF SAN FRANCISCO, INC. dba
STANDARD ROOFING COMPANY and
THOMAS M. SESTAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNIVERSAL CHURCH, INC., a New York non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>STANDARD CONSTRUCTION COMPANY OF SAN FRANCISCO, INC., a California corporation doing business as STANDARD ROOFING COMPANY; THOMAS M. SESTAK, an individual; FIRST MERCURY INSURANCE COMPANY, an Illinois entity; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-04568-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE ADR COMPLETION DEADLINE TO MAY 20, 2015**<br><br>Complaint Filed: December 2, 2014<br>Trial Date: February 1, 2016 |

Plaintiff, THE UNIVERSAL CHURCH, INC. ("Plaintiff") and Defendants, STANDARD CONSTRUCTON COMPANY OF SAN FRANCISCO, INC. dba STANDARD ROOFING COMPANY and THOMAS M. SESTAK (collectively "Defendants") hereby stipulate to a continuance of the ADR completion deadline from May 12, 2015 to May 20, 2015.

Good cause exists for a continuation of the mediation completion deadline to May 20, 2015. On February 12, 2015, this Court referred the parties to the Court's ADR department for the purpose

1

of engaging in mediation to take place, ideally, within the next 90 days. (Doc. No. 36, Case Management Scheduling Order.) As such, the ADR completion deadline in this matter is currently May 12, 2015.

The parties have been assigned a mediator, Frederick Hertz, Esq., and initially scheduled a mediation to occur on May 6, 2015, but continued it to May 20, 2015. This May 20, 2015 date is mutually agreeable to all parties and the mediator. Before the initial mediation date, Plaintiff claimed approximately $1.9 million in damages in this matter. Based on the alleged damages, Defendants requested that the mediation date be continued to occur on May 20, 2015, to allow Defendants sufficient time to evaluate the alleged damages and obtain settlement authority within amounts that could potentially lead to a settlement at mediation. All parties and the mediator agree to continue the mediation completion date.

DATED: May 7, 2015

PRINDLE, AMARO, GOETZ,
HILLYARD, BARNES & REINHOLTZ LLP

By: \s:\
MICHAEL L. AMARO
Attorneys for Defendants,
STANDARD CONSTRUCTION COMPANY OF SAN FRANCISCO, INC. dba STANDARD ROOFING COMPANY and THOMAS M. SESTAK

DATED: May 7, 2015

HAMBURG, KARIC, EDWARDS & MARTIN LLP

By: \s\:
STEVEN S. KARIC
Attorney for Plaintiff,
THE UNIVERSAL CHURCH, INC.

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the ADR completion deadline in this matter is continued from May 12, 2015 to May 20, 2015.

DATE: 5/11/15

_____
HON. RICHARD SEEBORG
United State District Judge