UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNIVERSAL CHURCH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD CONSTRUCTION COMPANY OF SAN FRANCISCO, INC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04568-RS<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING ON MOTION TO CONTINUE TRIAL DATE AND PERMIT DISCLOSURE OF EXPERT WITNESS AND RELATED DISCOVERY** |

Defendant Thomas Sestak has filed a motion to shorten time for the hearing on a motion to continue the trial date and permit disclosure of expert witnesses and related discovery. Along with the motion to shorten time, Sestak filed a motion for a continuance, which will be deemed his moving papers. Given the pretrial conference is scheduled for January 7, 2016 at 1:30 p.m., the more efficient course is to address Sestak's motion for continuance at that time. Accordingly, Sestak's motion to shorten time is GRANTED. Plaintiff Universal Church is ordered to file any opposition to the motion for continuance by 3:00 p.m. on January 6, 2016. The hearing on the motion for a continuance will take place on January 7, 2016, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: January 5, 2016

_____
RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California

<< SHORT ORDER TITLE >>
CASE NO. 14-cv-04568-RS