UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNIVERSAL CHURCH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANDARD CONSTRUCTION COMPANY OF SAN FRANCISCO, INC, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04568-RS<br><br>**ORDER CONTINUING THE HEARING ON THE ORDER TO SHOW CAUSE** |

In January 2016, the plaintiff Universal Church, Inc., and defendants Standard Construction Co. of San Francisco and Thomas Sestak entered into a settlement agreement to resolve this action. An order to show cause why the case should not be dismissed scheduled is for March 24, 2016. In response to that order, Universal Church has filed a declaration, which details various events that have impeded final resolution of this dispute. Universal Church therefore insists dismissal is improper at this time. In light of that new information, the order to show cause will be continued until April 21, 2016. If either party wishes to seek relief related to the terms and execution of the settlement agreement, they should direct the request to Magistrate Judge Kim.

**IT IS SO ORDERED**.

Dated: March 18, 2016

_____
RICHARD SEEBORG
United States District Judge